UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
JOANN ADELEKE, LESA ADKINS, SANDRA   :
ALLEN, VIRGINIA ANDERSON, SHELBY     :
ANTLEY, HELEN R. AUSTIN, PENNY BALL, :
BARBARA BAUMGARNER, LEE ANN          :
BELLETI, JESSIE A. BEST, VANESSA     :
BRANNAN, SUSAN BROOKS, GAIL          :
BRUMFIELD, GLENA BRUNDAGE, SONIA     :
BURGEST, MARION BYRD, RICE EILEEN    :
CANJAR, JULIE LEE CAPUTO, TONYA      :
CARDOZO, ALYSIA CARTER,              :
                                     :
       Plaintiffs.                   :   Civil Action
v.                                   :   No. 04-11366-GAO
                                     :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;   :
WYETH, INC., F/K/A AMERICAN HOME     :
PRODUCTS CORPORATION; WYETH          :
PHARMACEUTICALS, INC F/K/A WYETH-    :
AYERST PHARMACEUTICALS, INC., A      :
DIVISION OF AMERICAN HOME PRODUCTS   :
CORPORATION; AND BOEHRINGER          :
INGELHEIM PHARMACEUTICALS, INC.,     :
                                     :
       Defendants.                   :
------------------------------------ x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 7, 2004                        Respectfully submitted,
       Boston, Massachusetts
                                           /s/Matthew J. Matule
                                           Matthew J. Matule (BBO #632075)
                                           SKADDEN, ARPS, SLATE,
                                             MEAGHER & FLOM LLP
Of Counsel:                                One Beacon Street
Barbara Wrubel                             Boston, Massachusetts 02108
Katherine Armstrong                        (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                             Counsel for Defendant
                                             Boehringer Ingelheim Pharmaceuticals, Inc