UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOANN ADELEKE, LESA ADKINS, SANDRA    :
ALLEN, VIRGINIA ANDERSON, SHELBY
ANTLEY, HELEN R. AUSTIN, PENNY BALL,    :
BARBARA BAUMGARNER, LEE ANN
BELLETI, JESSIE A. BEST, VANESSA    :
BRANNAN, SUSAN BROOKS, GAIL
BRUMFIELD, GLENA BRUNDAGE, SONIA    :
BURGEST, MARION BYRD, RICE EILEEN
CANJAR, JULIE LEE CAPUTO, TONYA    :
CARDOZO, ALYSIA CARTER,
                                        :
        Plaintiffs,                     :        Civil Action
v.                                               No. 04-11366-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME    :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-    :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,    :

        Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## NOTICE OF APPEARANCE


        Please enter our appearance as counsel of record for Defendant Indevus

Pharmaceuticals, Inc. in the above-captioned action.

Dated:  September 15, 2004
      Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Indevus Pharmaceuticals, Inc.

2