UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOANN ADELEKE, LESA ADKINS, SANDRA
ALLEN, VIRGINIA ANDERSON, SHELBY
ANTLEY, HELEN R. AUSTIN, PENNY BALL,
BARBARA BAUMGARNER, LEE ANN
BELLETI, JESSIE A. BEST, VANESSA
BRANNAN, SUSAN BROOKS, GAIL
BRUMFIELD, GLENA BRUNDAGE, SONIA
BURGEST, MARION BYRD, RICE EILEEN
CANJAR, JULIE LEE CAPUTO, TONYA
CARDOZO, ALYSIA CARTER,

     Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A
INTERNEURON PHARMACEUTICALS,
INC.; WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11366-GAO

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

     Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc.

("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware

Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of

its stock.

Dated:  September 15, 2004
        Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Indevus Pharmaceuticals, Inc.